IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

United States of America )
 )
vs. ) Criminal Number 04-11
 )
RONALD ROBISON )

The above named defendant satisfied the judgment of APRIL 04, 2005 by paying on APRIL 10, 2006 the full balance due on his/her court ordered:

    __X__ Assessment
    _____ Fine
    _____ Costs
    _____ other

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

_____  5-24-06
Deputy Clerk                Date