# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| United States of America | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) No. CR04-11 |
| | ) (Disposes of Doc. #34-Sealed) |
| Ronald Eugene Robinson | ) |
| | ) |
| Defendant. | ) |

**HEARING ON** Rule 35(b) Reduction of Sentence

Before Judge Alan N. Bloch

| | |
|---|---|
| Gregory Nescott | Thomas Livingston |
| Appears for Government | Appears for Defendant |

Hearing begun  1/10/08 at 12:50 p.m.          Hearing adjourned to _____

Hearing concluded 1/10/08 at 1:05 p.m.       Stenographer  J. Kienzle
                                              Clerk: C. Schweitzer

### WITNESSES:

For Plaintiff                For Defendant

Court provided the parties the opportunity to provide additional information with respect to the Government's motion; Court found that a reduction in Defendant's sentence in this case is appropriate; Court reduced Defendant's original term of imprisonment to 120 months at Count One and ordered that Defendant's original sentence is to remain in full force and effect in all other respects.