IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.                      ) | Criminal No. 04-11 |
| ) | |
| RONALD EUGENE ROBINSON,   ) | |
| ) | |
| Defendant.          ) | |

O R D E R

AND NOW, this 10th day of January, 2008, upon consideration of the Government's Motion Pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure (document No. 34) filed in the above-captioned matter on April 4, 2006,

IT IS HEREBY ORDERED that the sentence imposed on defendant Ronald Eugene Robinson on April 4, 2005, is REDUCED to a term of One Hundred Twenty (120) Months.

IT IS FURTHER ORDERED that, in all other respects, the sentence imposed on April 4, 2005, shall remain in full force and effect.

_____
United States District Judge

cc/ecf:   Asst. U.S. Atty. Gregory Nescott

        Asst. Federal Public Defender Thomas Livingston

        Ronald Eugene Robinson, c/o AFPD Livingston

        U.S. Marshal's Office

        U.S. Probation Office

        Designation & Sentence Computation Center
        Federal Bureau of Prisons
        346 Marine Forces Drive
        Grand Prairie, TX  75051

        United States Sentencing Commission
        One Columbus Circle, N.E., Suite 2-500
        Washington, DC 20002-8002
        Attention: Document Control - Monitoring